UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-

REAL PROPERTY LOCATED AT 120
TERIWOOD STREET, FERN PARK, FLORIDA
32730 *et al.*,

              Defendants in rem
------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
16-CV-06101 (CBA)(RER)

**AMON, United States District Judge:**

The United States of America (the "Government") brought this in rem civil forfeiture action on November 14, 2016 against three parcels of real property in Fern Park, Florida pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). (ECF Docket Entry ("D.E.") # 1.) Claimants to the 163 Fallwood Street property settled with the Government. (D.E. # 31.) No claims or answers were filed for the other two parties, and the Clerk of Court entered default against the 120 Teriwood Street and 115 Eastwind Lane properties on October 29, 2018. (D.E. # 15.) The Government moved for default judgment against those two properties on October 23, 2019, (D.E. # 32), and this Court referred the motion to the Honorable Ramon E. Reyes, United States Magistrate Judge, for report and recommendation ("R&R"), (D.E. dated 10/23/2019). On May 19, 2020, Magistrate Judge Reyes issued a thorough and well-reasoned R&R recommending that the Government's motion for default judgment against the Teriwood and Eastwind properties be granted and that the Court order those properties be forfeited to the Government. (D.E. # 35 at 15.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only

1

satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the R&R. Accordingly, the Court grants the Government's motion for default judgment against the 120 Teriwood Street and 115 Eastwind Lane properties, and orders those properties forfeited to the Government.

SO ORDERED.

Dated: July 6, 2020
      Brooklyn, New York                                /s/ Carol Bagley Amon
                                                        Carol Bagley Amon
                                                        United States District Judge